UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:01-CR-15-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | O R D E R |
| | ) | AMENDING JUDGMENT |
| RYAN O'NEAL PONE | ) | |

This matter is before the court on the government's motion filed September 25, 2012, for downward departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

For good cause shown, the court hereby grants the motion of the government for downward departure and amends the original judgment as follows:

> It is hereby ordered that the defendant is committed to the custody of the U. S. Bureau of Prisons to be imprisoned for a term of 130 months on Count 1. If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

All other aspects of the original judgment dated May 29, 2001, are hereby reaffirmed.

This 13th day of December 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC