## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.              Crim. No. 7:01-CR-15-1H

RYAN O'NEAL PONE

  On December 14, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton           /s/ John A. Cooper  
Robert L. Thornton             John A. Cooper  
Supervising U.S. Probation Officer       U.S. Probation Officer  
                      2 Princess Street, Suite 308  
                      Wilmington, NC 28401-3958  
                      Phone: 910-679-2046  
                      Executed On: January 26, 2017

### ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of January 2017.

                        Malcolm J. Howard  
                        Senior U.S. District Judge